UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL S DALE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 1:25-cv-00049-SEB-MKK |
| SHERIFF TONY SKINNER, CAPTAIN DYE, COUNTY COMMISSIONER, | ) ) ) ) |
| Defendants. | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING ENTRY OF FINAL JUDGMENT

The Magistrate Judge has submitted her Report and Recommendation, dkt. [23], recommending that the complaint be **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's repeated failure to comply with the Court's orders and attend scheduled conferences. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety.

All other pending motions, dkts. [10] and [17], are **denied as moot**.

Judgment consistent with this Order shall now issue.

Plaintiff's mail has been returned to the Court, and he has not provided an updated address. Dkts. 24, 25. Thus, no copy of this Order can be mailed to him, but the clerk shall provide him a copy upon request.

**IT IS SO ORDERED.**

Date: 8/13/2025

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MICHAEL S DALE
No Address Reported- Clerk to Provide Copy Upon Request

All Electronically Registered Counsel